1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LINDSEY A. MORGAN (SBN 274214)
   lmorgan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile: (415) 352-2625

6  Attorneys Defendant
   Cavalry Portfolio Services, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  DENNIS SCHULTZ,                  )  CASE NO. **'13 CV 2969 L    BGS**
                                     )
12           Plaintiff,              )  **NOTICE OF REMOVAL**
                                     )
13                                   )
                                     )
14       vs.                         )
                                     )
15                                   )
    CAVALRY PORTFOLIO                )
16  SERVICES, LLC and DOES 1-10      )
    inclusive,                       )
17                                   )
             Defendants.             )
18                                   )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that defendant Cavalry Portfolio Services, LLC ("Defendant") hereby removes to this Court the state court action described below.

1. On November 5, 2013, a complaint was filed against Defendant by plaintiff Dennis Schultz ("Plaintiff"), in an action pending in the Superior Court of the State of California in and for the County of San Diego, entitled *Dennis Schultz v. Cavalry Portfolio Services, LLC*, *et al.*, case number 37-2013-00074212-CL-MC-NC.  A copy of the state court Summons and Complaint ("Complaint"), the Civil Case Cover Sheet, and other documents issued by the state court that were served on Defendant are attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was served on November 12, 2013.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the Complaint asserts claims against Defendant allegedly arising under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*.  *See* Exhibit A, Complaint, ¶¶ 16, 28, 29 and 40-94.

4. As the Complaint was filed in the Superior Court of the State of California, County of San Diego, venue in this District is proper.  *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(d) (The Southern District comprises the counties of Imperial and San Diego).

5. Defendant is represented by the undersigned.

//
//
//
//

1  DATED: December 11, 2013      SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
2                                LINDSEY A. MORGAN

3

4                                By:  s/Lindsey A. Morgan
                                      Lindsey A. Morgan
5                                     Attorneys for defendant
                                      Cavalry Portfolio Services, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28