UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS SCHULTZ, | ) ) | Case No. 13-cv-2969-L(BGS) |
| Plaintiff, | ) ) | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 12]** |
| v. | ) ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

    Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE.** (Doc. 12.)   Each party shall bear its own attorneys' fees, costs, and expenses.  In light of this dismissal, the Defendants pending motion to dismiss is **DISMISSED AS MOOT.** (Doc. 6.)

    **IT IS SO ORDERED.**

DATED: May 19, 2014

                                               M. James Lorenz
                                               United States District Court Judge